*H. C. Gordon* and *Victor H. Knight,* for Defendant in Error.

Ingram-Dekle Lumber Company, a Corporation, Plaintiff in Error, v. Hart Lumber Company, a Corporation, Defendant in Error.

Filed March 2, 1916.

Writ of Error to Circuit Court, Hillsborough County; F. M. Robles, Judge.

Judgment affirmed.

*K. I. McKay,* for Plaintiff in Error;

*C. B. Parkhill,* for Defendant in Error.

A. W. Dannelley, Plaintiff in Error, v.. Jennings Naval Stores Company, a Corporation, Defendant in Error.

Filed April 5, 1916.

Writ of Error to Circuit Court, Walton County; J. Emmett Wolfe, Judge.

Judgment affirmed.